LEO FLATOW, Respondent, v. SLOAN DANENHOWER COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

ARTHUR S. BEVES, as Receiver of the AMERICAN BLAUGAS CORPORATION, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer to first cause of action and to answer the amended complaint on payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ,

ROGERS PEET COMPANY, Respondent, v. SIDNEY HILLMAN, as President of AMALGAMATED CLOTHING WORKERS OF AMERICA, and Others, Defendants, Impleaded with MARTIN SIGEL and Another, Individually, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to serve amended answer on payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

ROGERS PEET COMPANY, Respondent, v. SIDNEY HILLMAN, as President of the AMALGAMATED CLOTHING WORKERS OF AMERICA, and Others, Defendants, Impleaded with ABRAHAM I. SHIPLACOFF and Another, Individually, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to serve amended answer on payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

JANOVICI & Co., INC., Respondent, v. SEABOARD TRADING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FORTY-FIRST AND PARK AVENUE CORPORATION, Relator, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals, Created by Chapter 503 of the Laws of 1916,* as Amended, Respondents. RUDOLPH P. MILLER, as Superintendent of Buildings of the City of New York, Appellant; PERSHING SQUARE BUILDING CORPORATION, Intervenor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FORTY-FIRST AND PARK AVENUE CORPORATION, Relator, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals, Created by Chapter 503 of the Laws of 1916,* as Amended, Respondents. FIFTH AVENUE ASSOCIATION, INC., Appellant; PERSHING SQUARE BUILDING CORPORATION, Intervenor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FORTY-FIRST AND PARK AVENUE CORPORATION, Relator, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals, Created by Chapter 503 of the Laws of 1916,* as Amended, Respondents. RUDOLPH P. MILLER, as Superintendent of

* Adding to Greater New York Charter (Laws of 1901, chap. 466), § 718d et seq., and chap. 14-A. Amd. by Laws of 1917, chap. 601.— [REP.

Buildings of the City of New York, Appellant; PERSHING SQUARE BUILDING CORPORATION, Intervenor, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THOMAS B. McGOVERN, JR., Respondent, v. BANQUE FRANCAISE AND ITALIENNE POUR L'AMERIQUE DU SUD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ABRAHAM GOLDEN and Others, Copartners, etc., Appellants, v. MAX LANDAU and Another, Copartners, etc., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANNIE M. HUMPHREY, Respondent, v. RALPH B. DRAKE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANNIE M. HUMPHREY, Respondent, v. RALPH B. DRAKE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

BENJAMIN R. KITTREDGE, Respondent, v. WILLIAM C. LANGLEY, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of Franklin v. Leiter (149 App. Div. 678). Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANNA MERVEN CARRERE and Another, as Executors, etc., of MARION DELL CARRERE, Deceased, Respondents, v. FORREST KALDENBERG and Others, Appellants, Impleaded with MAMIE BOYCE and Others.— Orders reversed, with ten dollars costs and disbursements, and motions denied, with ten dollars costs, on the authority of Buckley v. Beaver (99 Misc. Rep. 643; affd., 182 App. Div. 888). Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

IRVING NATIONAL BANK, Respondent, v. WEINMAN ELASTIC WEB Co., INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL MODDER.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SCIPIO GREEN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PATRICK ROWEN.— Motion to dismiss appeal granted, unless the record on appeal be filed on or before the 1st day of March, 1922. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN SAZZUK.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.